UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNDY DOMSOHN, on behalf of herself and those similarly situated,**

    Plaintiff,

vs.

**IMPERIUM HEALTHCARE, INC., a Florida Corporation,**

    **Defendant.**                 /

CASE NO.:

**NOTICE OF FILING NOTICE OF CONSENT TO JOIN**

Plaintiff, CYNDY DOMSOHN, on behalf of herself and those similarly situated, give notice of filing the attached Notice of Consent to Join for **CYNDI DOMSOHN, AMANDA DOHSOHN and CARLETON OLEMBO** *(attached hereto as Exhibit A)*.

Dated this 12th day of November, 2020.

                                 **/s/ C. Ryan Morgan**
                                 C. Ryan Morgan, Esq.
                                 Florida Bar. No 15527
                                 Morgan & Morgan, P.A.
                                 20 N. Orange Ave., 15th Floor
                                 Orlando, FL 32802-4979
                                 Telephone: (407) 420-1414
                                 Facsimile: (407) 245-3401
                                 E-mail: RMorgan@forthepeople.com
                                 *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing has been forwarded to a process server to effectuate service on the Registered Agent for the Defendants.

/s/ **C. RYAN MORGAN**
C. Ryan Morgan, Esq.