IN THE UNITED STATES DISTRICT COURT FOR THE
__Middle District__ OF FLORIDA
CASE NO.: TAMPA DIVISION

__Cindy Domsohn__,
on behalf of _herself_
and _those_ similarly situated,

Plaintiff,

v.

__Imperium Healthcare, Inc.__
__a Florida Corporation__,

Defendants.

_____/

**CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN**

- I _____, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: _____9/2/2020_____

Signature: ___Cyndy Domsohn Cyndy Domsohn___

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
__Middle District__ OF FLORIDA
CASE NO.:
TAMPA DIVISION

__Cindy Domsohn__,
on behalf of _herself and_
_those_ similarly situated,

Plaintiff,

v.

__Imperium Healthcare, Inc.,__
__a Florida Corporation__,
Defendants.

_____/

**CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN**

- I _____, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: 10/4/2020

Signature: _ADunn_

IN THE UNITED STATES DISTRICT COURT FOR THE
__Middle District__ OF FLORIDA

CASE NO.:
TAMPA DIVISION

Cindy Domsohn,

on behalf of herself and those similarly situated,

Plaintiff,

v.

Imperium Healthcare, Inc.
a Florida Corporation,

Defendants.

_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN

- I _____, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: 10/20/2020

Signature: _Carleton Olembo_