# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:20-CV-2653-T-33-CPT

Plaintiff:
**Cyndy Domsohn,**

vs.

Defendant:
**Imperium Healthcare, Inc.,**

For:
C. Ryan Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave.
4th Floor
Orlando, FL 32801

Received by ATTORNEY'S LEGAL SERVICES, INC. on the 2nd day of December, 2020 at 11:33 am to be served on **IMPERIUM HEALTHCARE, INC. C/O OLUBODE I. OLATUNJI, REGISTERED AGENT, 6611 US Highway 19, Suite 207, New Port Richey, FL 34652.**

I, MARIA VOLLMAR, being duly sworn, depose and say that on the 7th day of December, 2020 at 11:20 am, I:

Served the within named corporation by delivering a true copy of the **SUMMONS, COLLECTIVE ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, AND NOTICE OF FINING NOTICE CONSENT OT JOIN WITH EXHIBIT "A** With the date and hour of service endorsed thereon by me to **SAMANTHA MCANALLY** who stated they are an **EMPLOYEE OF THE REGISTERED AGENT** for the within named corporation in compliance with Florida State Statutes 48.081(3a). Service of process was made at **6611 US Highway 19, Suite 207, New Port Richey, FL 34652.**

I certify that I am over the age of 18, have no interest in the above action, and am an Appointed Process Server in good standing, in the county in which the process was served.

Subscribed and Sworn to before me on **9th** **December 2020** by the affiant who is personally known to me.

NOTARY PUBLIC — Jodi McKeon

JODI MCKEON
Notary Public - State of Florida
Commission # GG 259667
My Comm. Expires Sep 18, 2022
Bonded through National Notary Assn.

MARIA VOLLMAR
PPS9096

ATTORNEY'S LEGAL SERVICES, INC.
617 E. Washington Street
Suite #2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2020008101
Ref: 10996958

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n

