UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNDY DOMSOHN, ON BEHALF**       **CASE NO.: 8:20-CV-2653-T-33CPT**
**OF HERSELF AND THOSE**
**SIMILARLY SITUATED,**

     **Plaintiff,**

vs.

**IMPERIUM HEALTHCARE, INC., A**
**FLORIDA CORPORATION,**

     **Defendant.**
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH SCHEDULING ORDER DATED DECEMBER 17, 2020**

Plaintiff, CYNDY DOMSOHN, on behalf of herself and those similarly situated, by and through their undersigned counsel, hereby move this Court for an extension of time to comply with the Court's FLSA Scheduling Order dated December 17, 2020, (Dkt. No. 9) and in support thereof state:

1. On December 17, 2020, this Court issued the FLSA Scheduling Order.

2. On December 29, 2020, Defendants moved for an extension of time to answer the complaint. *See* D.E. 10.

3. On December 30, 2020, this Court granted the requested extension and gave Defendants until February 1, 2021 to obtain an attorney and file an answer. *See* D.E. 11.

4. Included in the current FLSA Scheduling Order are deadlines to exchange records (January 12, 2021); for Plaintiff to file Answers to the Court's Interrogatories (January 27, 2021); and for Plaintiff to file a Notice of Mediation (January 11, 2021). Plaintiff is unable to

complete these items until counsel for Defendants appears.

5.      As such, since counsel for Defendants likely won't be appearing until closer to the February 1, 2021 deadline for Defendants to answer, Plaintiff respectfully requests this Court extend the deadlines contained within the FLSA Scheduling Order by one month.  This will allow Defendants' counsel to appear, an answer be filed and for the Parties to work together to comply with the Court's FLSA Scheduling Order.

### **MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 16(b)(4), the Court may modify a scheduling order for good cause and with the judge's consent.  Here, good cause exists to extend the FLSA Scheduling Order deadlines by one month allow time for Defendants' counsel to appear and for the Parties to then confer and accomplish the deadlines contained in the FLSA Scheduling Order.

WHEREFORE, Plaintiff respectfully request that this Court grant an extension of time and allow one additional month for each of the deadlines contained within the FLSA Scheduling Order.

Dated this 11th day of January, 2021.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.
Florida Bar. No 15527
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
E-mail: RMorgan@forthepeople.com
***Attorneys for Plaintiff and the Class***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing will be mailed to Imperium Healthcare Inc., a Florida Corporation, c/o Olubode I. Olatunji, Registered Agent, 6611 US Highway 19, Suite 207, New Port Richy, FL 34652, **Defendant**.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.