UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CINDY DOMSOHN, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIUM HEALTHCARE INC., a Florida Corporation,<br><br>Defendant. | Case No. 8:20-cv-02653-VMC-CPT |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Charles M. Holloman II, Esquire of Holloman Law, and Jaimon H. Perry, Esquire of The Perry Law Group, hereby appear as counsel for Defendant, IMPERIUM HEALTHCARE INC., a Florida Corporation.

**PLEASE TAKE FURTHER NOTICE** that request is made, pursuant to applicable federal and local rules, that a true, complete and accurate copy of each and every notice required to be given in this case, as well as copies of all pleadings and other papers filed in the captioned matter, be directed to:

| | |
|---|---|
| **Charles M. Holloman II**<br>Holloman Law<br>502 North Armenia Avenue<br>Tampa, Florida 33609<br>Email: ch2@cmhollomanlaw.com | **Jaimon H. Perry**<br>The Perry Law Group<br>37 North Orange Avenue Ste. 500<br>Orlando, FL 32801<br>Email: jperry@perrylawfla.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Civil Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, request, disclosure statement, plan, complaint, demand, objection, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email or otherwise, which may affect or seek to affect in any way the rights or interests of Defendant or any related entities.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2021, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Jaimon H. Perry* | */s/Charles M. Holloman II* |
| **JAIMON H. PERRY, ESQ.** | **CHARLES M. HOLLOMAN II, ESQ.** |
| Florida Bar No. 514020 | Florida Bar No. 0032240 |
| jperry@perrylawfla.com | ch2@cmhollomanlaw.com |
| **THE PERRY LAW GROUP** | **HOLLOMAN LAW** |
| 37 North Orange Avenue Ste. 500 | 502 North Armenia Avenue |
| Orlando, FL 32801 | Tampa, Florida 33609 |
| 407-323-2121 | 813-445-8721 Fax |
| 321-249-0587 (FAX) | 813-445-8722 Phone |
| *Attorney for Defendant* | *Attorney for Defendant* |