# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CYNDY DOMSOHN, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,**

    **Plaintiff,**

vs.

**IMPERIUM HEALTHCARE, INC.,** a Florida Corporation,

    **Defendant.**                         /

**CASE NO.: 8:20-CV-2653-T-33CPT**

## PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO COURT INTERROGATORIES AND INCORPORATED MEMORANDUM OF LAW

Pursuant to this Court's Scheduling Order dated December 17, 2020 (Doc. 9) and the Federal Rules of Civil Procedure, Plaintiff, respectfully requests a brief extension of time, up to and including, March 5, 2021, to file the Answers to this Court's Interrogatories. Plaintiff's Answers are currently due February 26, 2021. Plaintiff needs additional time to review records not yet provided by Defendants in order to complete the Answers to Interrogatories. Defendant provided voluminous pay and time records which Plaintiff's Counsel has reviewed but certain time periods are missing which need to br produced and incorporated for damage estimates. Plaintiff respectfully requests that this Court allow a brief extension of time, up to, and including March 5, 2021 to file the Answers to this Court's Interrogatories.

## MEMORANDUM OF LAW

<u>Rule 16</u> of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "may be modified only for good cause and with the judge's consent." <u>Fed.R.Civ.P. 16(b)(4)</u>. Here, Counsel for Plaintiff maintains good cause is shown to allow a brief extension of time to answer this Court's Interrogatories. Plaintiff needs additional time to review the documents to be provided by Defendants in order for Plaintiffs' damage calculations to be as accurate and complete as possible. No party will be prejudiced by the filing of this motion and Plaintiff has timely filed this motion within the current deadline to respond.

WHEREFORE, Plaintiff respectfully requests this Court grant an extension for Plaintiffs to file their Answers to this Court's Interrogatories to March 5, 2021.

## 3.01(g) CERTIFICATION

Plaintiff's counsel certifies that pursuant to Local Rule 3.01(g) he conferred with Defendant's counsel regarding this motion and Defendant does not object to the relief requested.

Respectfully submitted this 25th day of February, 2021.

*/s/ C. Ryan Morgan*
**C. Ryan Morgan, Esq.**
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email: rmorgan@forthepeople.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Charles M. Holloman, III, Esquire, Holloman Law, 502 N. Armenia Ave, Tampa, FL 33607, 813-445-8721, ch2@cmhollomanlaw.com, and Jaimon H. Perry, Esquire, The Perry Law Group, 37 N. Orange Ave, Suite 500, Orlando, FL 32801. 407-323-2121, jperry@perrylawfla.com, *Attorneys for Defendant*.

    */s/ C. Ryan Morgan*
**C. Ryan Morgan, Esq.**
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
E-mail: rmorgan@forthepeople.com
*Attorney for Plaintiffs*